**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-6603**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

MICHAEL J. SMITH,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Jerome B. Friedman,
District Judge.  (4:01-cr-00067-JBF-AL)

———————————

Submitted: August 24, 2006          Decided: August 30, 2006

———————————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael J. Smith, Appellant Pro Se. Lisa Rae McKeel, OFFICE OF THE
UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael J. Smith appeals the district court's order denying his motion to compel a Fed. R. Crim. P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Smith, No. 4:01-cr-00067-JBF-AL (E.D. Va. Mar. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED